UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IK SOO JEAN,<br><br>    Petitioner,<br><br>v.<br><br>MARTIN FRINK, Warden,<br><br>    Respondent. | No. CV 17-6383-JFW (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's Report and Recommendation. No objections to the Report have been filed. The Court agrees with the recommendation of the magistrate judge.

On April 24, 2019, Petitioner filed a notice of voluntary dismissal of unexhausted claims. (Dkt. No. 34.) Petitioner notifies the Court that he is "dismissing only the unexhausted claims, ground Four and ground Seven voluntarily and proceeding on the exhausted claims, ground One, Two, Three, Five, and Six."

IT IS ORDERED that Respondent's motion to dismiss is GRANTED IN PART to the extent that Grounds Four and Seven are deemed unexhausted; DENIED IN PART to the extent that Ground One and Five are deemed exhausted; and DENIED IN PART to the extent Respondent seeks dismissal of the entire Petition.

The action is referred back to the Magistrate Judge for further proceedings.

DATED: April 29, 2019

JOHN F. WALTER
United States District Judge