JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IK SOO JEON, <br><br>  Petitioner, <br><br> v. <br><br> MARTIN FRINK, Warden, <br><br>  Respondent. | NO. CV 17-6383-JFW (AGR) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition For Writ of Habeas Corpus in this matter is denied and this action is dismissed with prejudice.

DATED: June 2, 2020

_____
JOHN F. WALTER
United States District Judge